

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/12/2025__

**WWW.MKCLAWGROUP.COM**
**LAW OFFICES OF MICHAEL K. CHONG, LLC**

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 32 EAST 57th STREET 8th FL., | 2 EXECUTIVE DRIVE, STE. 240 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10022 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*Please Reply to: FORT LEE*

EMAIL: MKC@MKCLAWGROUP.COM

May 9, 2025

<u>Via ECF; Total Pages: 1</u>
Hon. Analisa Torres, U.S.D.J
United States District Court - SDNY
500 Pearl Street
New York, NY 10007

      Re:    Roque Paredes et al v. London Boy Sportswear LTD. et al
               Docket No. 1:25-cv-02198-AT

Dear Judge Torres:

      This office has just been retained to represent defendants London Boy Station, Inc. (improperly pled as "London Boy Sportswear LTD. (d/b/a London Boy Station)"), Ali Khalil, and Hassan Khalil, (collectively "Defendants") in the above-referenced matter. I filed my Notice of Appearance on behalf of Defendants for this matter on May 8, 2025. As of today, Plaintiff has not filed an affidavit of service. Pursuant to Paragraph 1(C) of Your Honor's Individual Practice Rules, I am respectfully submitting this letter-motion to request a thirty day extension of time to June 9, 2025, to respond to the Complaint. I am requesting this extension so that I can meet with my new clients, gather all relevant facts and information, so that I can properly assess this matter, and respond to the Complaint accordingly. In addition, once I have all of the facts and information from my new clients, I will also seek to explore the potential for resolution with Plaintiffs' counsel.

      This is the first request for an extension of time to respond to the Complaint. I have conferred with Plaintiffs' counsel, and he has consented to this extension. This extension of time would affect the submission of the joint letter and jointly proposed Case Management Plan by May 19, 2025. As such, Defendants request the following: (1) an extension of time to Answer the Complaint by June 9, 2025; (2) an adjournment request to submit the joint letter and proposed Case Management Plan to a date Defendants have filed their Answer. Thank you for your kind consideration and courtesies as to this matter.

      GRANTED. By **June 9, 2025**, Defendants shall answer or otherwise respond to the complaint. By **June 23, 2025**, the parties shall file their joint letter and jointly proposed case management plan.

      SO ORDERED.

Dated: May 12, 2025
        New York, New York

_____
ANALISA TORRES
United States District Judge