```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/19/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUDELSI ROQUE PAREDES, ADRIANO FRANCISCO, MAXIMO ESPINAL, AND WINSTON ROJAS, *individually and on behalf of others similarly situated*,

Plaintiffs,

-against-

LONDON BOY SPORTSWEAR LTD (*d/b/a* LONDON BOY STATION), ALI KHALIL, and HASSAN KHALIL,

Defendants.

25 Civ. 2198 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 5, 2025, Plaintiffs moved for leave to file a second amended complaint. ECF No. 28. By order dated August 11, 2025, the Court granted Plaintiffs' motion and directed Plaintiffs to file their second amended complaint by August 18, 2025. ECF No. 30. Plaintiffs have not done so. Accordingly, by **August 25, 2025**, Plaintiffs shall file their second amended complaint. Nothing in this order shall be construed to affect Defendants' obligations to comply with the Court's directives in its August 11 order.

SO ORDERED.

Dated: August 19, 2025
New York, New York

ANALISA TORRES
United States District Judge