```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                      **Plaintiffs,**

      -against-

**LONDON BOY SPORTSWEAR LTD, et al.,**

                      **Defendants.**

-----------------------------------------------------------------X

25-CV-02198 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties appeared for a discovery conference on October 7, 2025. As discussed during the conference, counsel for Plaintiffs is directed to provide Defense counsel with a verification form or statement that can be included with Defendants' interrogatory responses.

      Further, counsel for Plaintiffs is directed to send Defendants a deficiency letter regarding Defendants' discovery responses by no later than Wednesday, October 8, 2025. Defendants shall respond to Plaintiffs' deficiency letter by no later than Friday, October 10, 2025. The parties are ORDERED to meet and confer on these issues. If the parties are unable to reach an agreement, by Wednesday, October 15, 2025, Plaintiffs may file a letter of no more than five pages identifying any outstanding discovery disputes. Defendants may file a response of no more than five pages by Friday, October 17, 2025.

      The parties are also directed to meet and confer regarding the deposition schedule in this case. By Wednesday, October 15, 2025, the parties shall submit a joint letter providing the court with a proposed deposition schedule. If a modest extension of the October 23, 2025 discovery deadline is needed to accommodate any depositions, the parties may make that request in their

2

submission. Absent good cause shown, the proposed depositions shall be taken in-person. To the extent the parties cannot reach an agreement on this issue, they may include their positions in their October 15, 2025 joint letter.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 39.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    October 7, 2025
          New York, New York

2