UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                         Plaintiffs,

    -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                         Defendants.

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/17/2025

25-CV-02198 (AT)(SN)

**DISCOVERY
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference to discuss the issues raised in parties' letters filed at ECF Nos. 45, 46, and 48 is scheduled for Wednesday, October 22, 2025, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov.

      The proposed depositions in this case will be scheduled during this discovery conference. Accordingly, the parties are directed to have their calendars with them for the conference and know in advance the availability of their respective witnesses through December 2025. If the parties are unable to confirm dates during the conference, the Court will order dates and the parties will be required to seek leave to modify them.

Further, the Clerk of Court is respectfully requested to strike the status report filed at ECF No. 47 from the record. It appears Plaintiffs' counsel erroneously filed this status report in the wrong docket and Plaintiffs' counsel is therefore advised to refile the letter in the appropriate docket (<u>Garcia et al. v. Burrata Basil Pizza Inc. et al.</u>, Case No. 1:24-CV-07807-JHR-RFT).

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:  October 17, 2025
        New York, New York