UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                                        Plaintiffs,

                -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                                    Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 10/22/2025

**25-CV-02198 (AT)(SN)**

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

      The parties appeared for a discovery conference on October 22, 2025. From the bench, the Court addressed a number of discovery disputes on the record. In addition, the following deposition schedule was entered during the conference:

- November 4, 2025: Deposition of Plaintiff Maximo Espinal.

- November 17, 2025: Deposition of Defendant Ali Khalil in his individual capacity and as the Corporate Representative of Defendant Londonboy Station, Inc.

- November 19, 2025: Deposition of Plaintiff Adriano Francisco.

- November 21, 2025: Deposition of Defendant Hassan Khalil.

- December 1, 2025: Deposition of Plaintiff Yudelsi Roque Paredes.

      Further, the parties are ORDERED to file a joint status letter identifying any outstanding discovery disputes by no later than Friday, December 12, 2025. Absent any discovery disputes,

the close of fact discovery shall be extended to Friday, December 12, 2025.

Finally, the parties should notify Courtroom Deputy Diljah Shaw at Diljah_Shaw@nysd.uscourts.gov by Friday, October 31, 2025, whether they wish to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      October 22, 2025
              New York, New York