```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:  _____
DATE FILED:  __11/11/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUDELSI ROQUE PAREDES, ADRIANO FRANCISCO, MAXIMO EXPINAL, AND WINSTON ROJAS, *individually and on behalf of others similarly situated*,

                Plaintiffs,

-against-

LONDON BOY SPORTSWEAR LTD (*d/b/a* LONDON BOY STATION), ALI KHALIL, and HASSAN KHALIL,

                Defendants.

25 Civ. 2198 (AT) (SN)

**ORDER**

ANALISA TORRES, District Judge:

      A case management conference is currently scheduled for November 17, 2025. ECF No. 24. By order dated October 2, 2025, the Court referred this case to the Honorable Sarah Netburn for general pretrial proceedings, ECF No. 40, and discovery is ongoing, *see, e.g.*, ECF Nos. 52, 53.

      Accordingly, the case management conference currently scheduled before the undersigned for November 17, 2025, is ADJOURNED *sine die*.

      SO ORDERED.

Dated: November 11, 2025
       New York, New York

ANALISA TORRES
United States District Judge