UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                              Plaintiffs,

      -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                             Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2025

25-CV-02198 (AT)(SN)

**DISCOVERY
CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       A discovery conference to discuss the issues raised in the parties' status report (ECF No. 53) is scheduled for Tuesday, November 18, 2025, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at Diljah_Shaw@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    November 13, 2025
                 New York, New York