UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                              Plaintiffs,

          -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                            Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/2025

25-CV-02198 (AT)(SN)

**DISCOVERY CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The discovery conference scheduled for Tuesday, November 18, 2025, is RESCHEDULED for Monday, December 8, 2025, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    November 18, 2025
                New York, New York