UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YUDELSI ROQUE PAREDES, et al.,

Plaintiffs,

-against-

LONDON BOY SPORTSWEAR LTD, et al.,

Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2025

25-CV-02198 (AT)(SN)

**ORDER**

SARAH NETBURN, United States Magistrate Judge:

The parties appeared for a discovery conference on December 8, 2025. As discussed during the conference and absent further order from the Court, the fact discovery deadline is extended to Friday, January 9, 2026, for the purpose of conducting the in-person deposition of Plaintiff Yudelsi Roque Paredes. If warranted, Plaintiff may make an application to reopen a deposition, but such relief may be denied on the ground that it is made after December 12, 2025, the presumptive close of discovery.

The parties are ORDERED to file a joint letter by no later than Thursday, December 11, 2025, informing the Court of the rescheduled date for Ms. Paredes's deposition. Defendants' Motion to Compel (ECF No. 61) will be held in abeyance until after Ms. Paredes's deposition. In light of the parties' representation that there are no other outstanding discovery disputes, the parties are not required to file a status letter on Friday, December 12, 2025. See ECF No. 52.

Further, any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Analisa Torres by Friday, February 27, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        December 8, 2025
              New York, New York