UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
YUDELSI ROQUE PAREDES, et al.,

                    **Plaintiffs,**

        **-against-**

LONDON BOY SPORTSWEAR LTD, et al.,

                  **Defendants.**
-------------------------------------------------------------------X
**SARAH NETBURN, United States Magistrate Judge:**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 12/11/2025

**25-CV-02198 (AT)(SN)**

**ORDER**

On December 10, 2025, attorney Robert Jun filed an *ex parte* motion to withdraw as counsel for Plaintiffs Yudelsi Roque Paredes and Adriano Francisco. ECF No. 72. Plaintiffs Yudelsi Roque Paredes and Adriano Francisco, as well as attorney Robert Jun, are ORDERED to appear for a conference on Monday, January 5, 2026, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York to discuss the motion to withdraw and the expectations of Plaintiffs if they decide to continue prosecuting this case. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov. Defense counsel is welcome to attend the proceeding but is not required to do so.

Further, Defendants filed a letter requesting to receive a copy of Robert Jun's declaration in support of his motion to withdraw as counsel. ECF No. 73. Defendants' request is DENIED since the declaration describes privileged attorney-client communications.

**SO ORDERED.**

                                                        SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      December 11, 2025
                New York, New York