**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                                   Plaintiffs,

                    -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                                   Defendants.

------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/16/2025

25-CV-02198 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

In advance of the January 5, 2026 conference, Plaintiffs' counsel is ORDERED to provide the Court with a copy of its executed retainer agreement(s) with Yudelsi Roque Paredes and Adriano Francisco by no later than Monday, December 29, 2025. Plaintiffs' counsel is directed to email the retainer agreement(s) *ex parte* to the following address: netburn_nysdchambers@nysd.uscourts.gov.

Further, if Ms. Paredes and Mr. Francisco do not speak English, Plaintiffs' counsel is ORDERED to retain a certified interpreter for the January 5, 2026 conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        December 16, 2025
                    New York, New York