UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Roque Paredes et Al

                               Plaintiff(s),

-against-

Londonboy Sportwear
LTD et Al

                               Defendant(s).

Docket No. 25 CV 02198 ( )( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☒ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☒ Plaintiff
☐ Defendant

Roque Paredes, Yudelsi Rosario
Name (Last, First, MI)

790 East 152 st Apt 10 Bronx, NY 10455
Address        City        State        Zip Code

718-600-3848
Telephone Number

Yudy.octubre6@Hotmail.com
e-mail address

01/05/2026
Date

Yudelsi Roque
Signature