UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO, ADRIANO

Plaintiff(s),

-against-

Londonboy Sportswear LTD et AL

Defendant(s).

Docket No: 1:25 CV02198 ( )

NOTICE OF PRO SE APPEARANCE

I hereby enter an appearance on my own behalf in this action and request:

(please check one option below)

☒ that all future correspondence be mailed to me at the address below, or

☐ that all future correspondence be e-mailed to me at the e-mail address below. I have completed the attached Consent to Electronic Service.

I understand that if my address or e-mail address changes, I must immediately notify the Court and all parties.

☒ Plaintiff
☐ Defendant

FRANCISCO ADRIANO
Name (Last, First, MI)

790 East 152 st Apt. 10   Bronx, NY   10455
Address                City            State      Zip Code

347-773-9667            williamsFRA08@gmail.com
Telephone Number         e-mail address

01/05/2026
Date                     Signature