**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/5/2026

**YUDELSI ROQUE PAREDES, et al.,**

                    **Plaintiffs,**

        -against-

**LONDON BOY SPORTSWEAR LTD, et al.,**

                  **Defendants.**

----------------------------------------------------------------X

**25-CV-02198 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On Monday, January 5, 2026, Plaintiffs Yudelsi Roque Paredes and Adriano Francisco, as well as attorney Robert Jun, appeared for a conference to discuss Mr. Jun's motion to withdraw as counsel. ECF No. 72. As discussed during the conference, the motion to withdraw is GRANTED.

Plaintiffs Yudelsi Roque Paredes and Adriano Francisco will be proceeding *pro se*. Ms. Paredes and Mr. Francisco are advised that there is a *Pro Se* Law Clinic available to assist self-represented parties in civil cases. The *Pro Se* Law Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court (and, among other things, therefore, cannot accept filings on behalf of the Court, which must still be made by any self-represented party through the *Pro Se* Intake Unit). To make an appointment, *pro se* Plaintiffs must complete the City Bar Justice Center's intake form. If *pro se* Plaintiffs have questions about the intake form or need to highlight an urgent deadline already disclosed in the form, the clinic can be contacted by phone (212-382-4794) or email (fedprosdny@nycbar.org). A flyer for the City Bar Justice Center's Federal *Pro Se* Legal Assistance Project is attached to this Order.

Further, Plaintiffs Yudelsi Roque Paredes and Adriano Francisco may choose to receive court documents by email by completing the Consent to Electronic Service Form located here: https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-form.pdf.

Finally, in light of the change in representation, Defendants' motion to compel Ms. Paredes to appear for a deposition and for sanctions related to the cancellation of the December 1, 2025 deposition (ECF No. 61) is DENIED without prejudice. Defendants are directed to coordinate with Ms. Paredes and Mr. Francisco to schedule their depositions. Defendants are further directed to coordinate with Counsel for Maximo Espinal to schedule his deposition and any further outstanding depositions between the parties.

In light of these adjustments, the parties are ORDERED to meet and confer to schedule all depositions within a reasonable time and, by January 16, 2026, to file a proposed schedule with the dates for all depositions. The dates should assume that the deadline to file a pre-motion letter related to any motion for summary judgment will remain on February 27, 2026.

**CONCLUSION**

The motion to withdraw filed by the law firm of Michael Faillace & Associates is granted as to Plaintiffs Yudelsi Roque Paredes and Adriano Francisco. Those two Plaintiffs will proceed as *pro se* litigants. Michael Faillace & Associates will continue to represent Plaintiff Maximo Espinal. The Clerk of Court is respectfully requested to terminate the motions at ECF Nos. 61 and 72.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 5, 2026
          New York, New York

2

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.