**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                                        **Plaintiffs,**

                    -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                                        **Defendants.**

----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2026

**25-CV-02198 (AT)(SN)**

**DISCOVERY**
**CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A discovery conference to discuss the issues raised in parties' recent letters filed at ECF Nos. 85, 86, 90, and 91 is scheduled for Friday, February 6, 2026, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must immediately contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov. The purpose of this conference is to set a final date for Plaintiff Yudelsi Roque Paredes's deposition, address outstanding discovery, and discuss defense counsel's communications with the *pro se* litigants.

The parties had originally agreed that Roque Paredes's deposition would be held on February 9, 2026, but defense counsel is no longer available on that date. A new date for this deposition will be scheduled during this discovery conference (unless the parties have already agreed on a date). Accordingly, the parties are directed to have their calendars with them for the conference and know in advance their availability for the remainder of the month. If the parties are unable to confirm a date during the conference, the Court will order a date for the deposition, and the parties will be required to seek leave to modify it.

2

During the conference, the parties should also be prepared to discuss Defendants' motion to compel Plaintiffs to (1) produce all tax returns and bank statements for the relevant time period; and (2) respond to Defendants' September 23, 2025 and December 16, 2025 deficiency letters. See ECF No. 85. Since part of Defendants' motion to compel is with respect to all Plaintiffs, counsel for Maximo Espinal is required to attend the discovery conference.

Finally, the Court intends to address defense counsel's communications with the *pro se* plaintiffs.

*Pro se* plaintiffs should attempt to bring a friend or family member to translate for them during the conference.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       February 2, 2026
             New York, New York

2