**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                              **Plaintiffs,**

        -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                              **Defendants.**

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2026

**25-CV-02198 (AT)(SN)**

**DISCOVERY**
**CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The discovery conference to discuss the issues raised in parties' recent letters filed at ECF Nos. 85, 86, 90, 91, and 94 is rescheduled to Thursday, February 5, 2026, at 3:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Given the language issues, the Court will hold this conference in the courtroom. Mr. Chong has requested permission to appear by telephone. The Court strongly encourages Mr. Chong to appear in person; if that is impossible, he shall email chambers with a number where he can be reached during the conference.

      *Pro se* plaintiffs should attempt to bring a friend or family member to translate for them during the conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     February 4, 2026
            New York, New York