UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                         **Plaintiffs,**

        -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                         **Defendants.**

-------------------------------------------------------------------X

**25-CV-02198 (AT)(SN)**

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/2026

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, February 5, 2026, counsel for Defendants and *pro se* Plaintiffs Yudelsi Roque Paredes and Adriano Francisco appeared to discuss the issues raised in the parties' recent letter submissions. See ECF Nos. 85, 86, 90, 91, 94.

As discussed during the conference, the deposition of Plaintiff Yudelsi Roque Paredes is scheduled for Friday, February 13, 2026, and the deposition of Plaintiff Adriano Francisco is scheduled for Tuesday, February 17, 2026. Counsel for Defendants will send *pro se* Plaintiffs the location for the depositions, as well as provide a court reporter and an interpreter on the day of the depositions.

Before these depositions, and by no later than Wednesday, February 11, 2026, *pro se* Plaintiffs are ORDERED to produce to Defendants all responsive materials that are relevant to their claims. This includes any payment records, bank statements, documents reflecting hours worked or pay received, and communications with Plaintiffs' employer when they worked for the employer. *Pro se* Plaintiffs, however, do not need to produce their tax returns. Accordingly, Defendants request to compel Plaintiffs to produce their tax records is DENIED. Defendants

withdrew their request to compel *pro se* Plaintiffs to respond to their September 23, 2025, and December 16, 2025, deficiency letters.

Further, the parties are reminded that a settlement conference is scheduled for Monday, February 23, 2026, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. By no later than Tuesday, February 17, 2026, *pro se* Plaintiffs may send the Court a letter stating their position for settlement by emailing it directly to the following address: Netburn_NYSDChambers@nysd.uscourts.gov. *Pro se* Plaintiffs should not file the letter on the docket or send it opposing counsel.

The Clerk of Court is respectfully requested to terminate the motion at ECF No. 85.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        February 5, 2026
              New York, New York

2