UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                                    Plaintiffs,                          25-CV-02198 (AT)(SN)

          -against-                                                      **ORDER**

LONDON BOY SPORTSWEAR LTD, et al.,

                                    Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

          To the extent it has not already been completed, former counsel for *pro se* Plaintiffs

Yudelsi Roque Paredes and Adriano Francisco (Michael Faillace & Associates, P.C.) is

ORDERED to immediately provide *pro se* Plaintiffs with all their respective case files, including

all discovery produced by Defendants prior to Michael Faillace & Associates, P.C. withdrawing

as counsel for *pro se* Plaintiffs.

**SO ORDERED.**

                                                                        _____
                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:          February 5, 2026
                New York, New York