**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2026

**YUDELSI ROQUE PAREDES, et al.,**

                              **Plaintiffs,**                    **25-CV-02198 (AT)(SN)**

            **-against-**                                        **ORDER**

**LONDON BOY SPORTSWEAR LTD, et al.,**

                              **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

Counsel for Plaintiff Maximo Espinal and counsel for Defendants appeared remotely for a discovery conference to discuss the issues raised in the parties' recent letter submissions. See ECF Nos. 85, 93, 97, 98, 104, 105, 107.

As discussed during the conference, by no later than Thursday, February 19, 2026, Plaintiff Maximo Espinal is ORDERED to produce to Defendants unredacted copies of all bank statements showing all deposits made during the relevant period. In addition, by no later than Thursday, February 19, 2026, Plaintiff Maximo Espinal is ORDERED to produce to Defendants all Form W-2s that Plaintiff Maximo Espinal received during the relevant period.

Further, Defendants' request to compel Plaintiff Maximo Espinal to produce his tax returns for the relevant period is DENIED. Moreover, Defendants' request to reopen Maximo Espinal's deposition is DENIED without prejudice.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      February 10, 2026
            New York, New York