UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                              **Plaintiffs,**

             -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                            **Defendants.**

-------------------------------------------------------------------X

25-CV-02198 (AT)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/2026

**SARAH NETBURN, United States Magistrate Judge:**

    *Pro se* Plaintiffs Yudelsi Roque Paredes and Adriano Francisco should attempt to bring a friend or family member to translate for them during the settlement conference scheduled for Monday, February 23, 2026, at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     February 20, 2026
             New York, New York