UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                           Plaintiffs,                                    25-CV-02198 (AT)(SN)

              -against-                                                   **ORDER**

LONDON BOY SPORTSWEAR LTD, et al.,

                           Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     Plaintiffs Yudelsi Roque Paredes and Adriano Francisco ("*pro se* Plaintiffs") filed a joint request seeking an extension of the deadline to respond to Defendants' motion for sanctions. *Pro se* Plaintiffs' request filed at ECF No. 122 is GRANTED.

     By no later than Friday, March 20, 2026, *pro se* Plaintiffs shall file a response (not to exceed five pages) addressing only the arguments raised in Defendants' motion for sanctions filed at ECF No. 114. *Pro se* Plaintiffs are permitted to file a joint response if they wish.

     Further, the Clerk of Court is respectfully requested to mail *pro se* Plaintiffs a copy of the letters (and any accompanying attachments) filed at ECF Nos. 111, 112, 114, and 115.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 4, 2026
            New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/4/2026