UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                     **Plaintiffs,**

        -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                     **Defendants.**

------------------------------------------------------------------X

25-CV-02198 (AT)(SN)

**ORDER**

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/12/2026**

**SARAH NETBURN, United States Magistrate Judge:**

On Wednesday, March 11, 2026, Judge Analisa Torres referred to my docket the pre-motion letters for summary judgment pending at ECF Nos. 119 and 123. The parties' requests to file motions for summary judgment are GRANTED.

Defendants are ORDERED to file one motion for summary judgment by no later than Friday, May 1, 2026. Defendants are advised to review and comply with Local Civil Rule 56.2 when filing their motion for summary judgment. Defendants may file a reply brief by no later than Monday, June 15, 2026.

*Pro se* Plaintiffs Yudelsi Roque Paredes and Adriano Francisco shall file their opposition brief by no later than Monday, June 1, 2026.

Plaintiff Maximo Espinal shall file his opposition brief and, if appropriate, any cross-motion for summary judgment by no later than Monday, June 1, 2026. Defendants' reply brief in further support of their motion for summary judgment may include an opposition to the cross-motion. If warranted, Plaintiff Maximo Espinal may file a reply brief in furtherance of only the cross-motion by no later than Monday, June 29, 2026.

2

Further, in Plaintiff Maximo Espinal's pre-motion letter regarding summary judgment, counsel for Plaintiff Maximo Espinal requests leave to seek sanctions against counsel for Defendants. See ECF Nos. 123, 130. This request is DENIED without prejudice at this time. However, if warranted, Plaintiff Maximo Espinal may file his motion for sanctions on Friday, May 1, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      March 12, 2026
            New York, New York