UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                                   **Plaintiffs,**

                -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                                 **Defendants.**

------------------------------------------------------------------X

**25-CV-02198 (AT)(SN)**

**ORDER**

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 3/27/2026

**SARAH NETBURN, United States Magistrate Judge:**

On Thursday, March 26, 2026, *pro se* Plaintiffs Yudelsi Roque Paredes and Adriano Francisco ("*pro se* Plaintiffs") filed a letter indicating that they do not have the underlying documents cited in Defendants' pre-motion letter for summary judgment filed at ECF No. 119. In Defendants' pre-motion letter, Defendants claim that they previously produced the referenced bates stamped documents. See ECF No. 119 at 2 n.1. By no later than Friday, April 3, 2026, former counsel for *pro se* Plaintiffs (Michael Faillace and Robert Jun) are ORDERED to confirm with *pro se* Plaintiffs and the Court that a copy of all materials produced before they withdrew as counsel were sent to *pro se* Plaintiffs. If any of the documents cited in Defendants' pre-motion letter have not been shared with *pro se* Plaintiffs, former counsel for *pro se* Plaintiffs must provide a copy of those documents to *pro se* Plaintiffs by no later than Friday, April 3, 2026.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     March 27, 2026
              New York, New York