UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————X

YUDELSI ROQUE PAREDES, et al.,

          **Plaintiffs,**

    -against-

LONDON BOY SPORTSWEAR LTD, et al.,

          **Defendants.**

————————————————————————————————X

25-CV-02198 (AT)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On Tuesday, April 7, 2026, *pro se* Plaintiffs Yudelsi Roque Paredes and Adriano Francisco ("*pro se* Plaintiffs") filed a letter requesting an extension of time to respond to Defendants' pre-motion letter for summary judgment filed at ECF No. 119. *Pro se* Plaintiffs' request is DENIED as moot. The Court already granted Defendants' request to file a motion for summary judgment and set a briefing schedule for the forthcoming motions for summary judgment. See ECF No. 136. *Pro se* Plaintiffs will have an opportunity to oppose Defendants' forthcoming motion for summary judgment. They are reminded that the Defendants' will file their motion on May 1, 2026, and their deadline to file any opposition brief is June 1, 2026. Id.

Further, *pro se* Plaintiffs are reminded that there is a settlement conference scheduled for Friday, April 10, 2026, at 10:00 a.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. See ECF No. 116. If *pro se* Plaintiffs wish to submit an *ex parte* letter stating their position for settlement, they may send one directly to the Chambers email address by no later than Thursday, April 9, 2026. *Pro se* Plaintiffs should not file their *ex parte* settlement letter on the docket or send it to opposing counsel. *Pro se* Plaintiffs are also

directed to review and comply with the Procedures for Cases Referred for Settlement to

Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at

https://nysd.uscourts.gov/hon-sarah-netburn.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      April 8, 2026
            New York, New York

2