UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

Plaintiffs,

-against-

LONDON BOY SPORTSWEAR LTD, et al.,

Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/17/2026

25-CV-02198 (AT)(SN)

**DISCOVERY
CONFERENCE ORDER**

SARAH NETBURN, United States Magistrate Judge:

A discovery conference to discuss the Defendants' pending motion for sanctions filed at ECF No. 114 is scheduled for Wednesday, April 29, 2026, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw at diljah_shaw@nysd.uscourts.gov. Only counsel for Plaintiff Maximo Espinal and counsel for Defendants are expected to attend the discovery conference. Further, they are encouraged to continue settlement negotiations and may request to adjourn the April 29, 2026 discovery conference if they reach an agreement.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:       April 17, 2026
             New York, New York