UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                              Plaintiffs,

              -against-

LONDON BOY SPORTSWEAR LTD, et al.,

                              Defendants.

--------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 4/20/2026

25-CV-02198 (AT)(SN)

**DISCOVERY CONFERENCE ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The discovery conference scheduled for Wednesday, April 29, 2026, is RESCHEDULED for Thursday, April 30, 2026, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Only counsel for Plaintiff Maximo Espinal and counsel for Defendants are expected to attend the discovery conference.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      April 20, 2026
            New York, New York