UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

                              **Plaintiffs,**

            **-against-**

LONDON BOY SPORTSWEAR LTD, et al.,

                            **Defendants.**

-------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 5/14/2026

**25-CV-02198 (AT)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On May 5, 2026, Defendants filed a letter asking to temporarily set aside their recent letter motion filed at ECF No. 157 because the parties have been engaging in renewed settlement discussions. See ECF No. 158. To date, Defendants have not provided the Court with an update. By no later than Friday, May 15, 2026, Defendants are ORDERED to file a status letter regarding the parties' settlement discussions and whether Defendants intend to withdraw their letter motion filed at ECF No. 157.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      May 14, 2026
             New York, New York