USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

YUDELSI ROQUE PAREDES, et al.,

Plaintiffs,

-against-

LONDON BOY SPORTSWEAR LTD, et al.,

Defendants.
-------------------------------------------------------------X

25-CV-02198 (AT)(SN)

**ORDER OF DISMISSAL**

**SARAH NETBURN, United States Magistrate Judge:**

*Pro se* Plaintiffs Yudelsi Roque Paredes and Adriano Francisco (the "*pro se* Plaintiffs") and Defendants consented to my jurisdiction for purposes of settlement approval and dismissal. See ECF No. 177. On June 30, 2026, and July 2, 2026, the parties filed letters indicating that Defendants complied with their payment obligation pursuant to the settlement agreement reached between the *pro se* Plaintiffs and Defendants on April 10, 2026. See ECF Nos. 175, 176.

The settlement agreement is APPROVED *nunc pro tunc* as fair and reasonable, pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), and the *pro se* Plaintiffs' claims are DISMISSED with prejudice.

The Clerk of Court is respectfully requested to terminate Plaintiffs Yudelsi Roque Paredes and Adriano Francisco as parties in this action.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: July 23, 2026
New York, New York