USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 8/5/2026

Michael Faillace & Assoc
Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540
New York, New York 10165

July 28, 2026

Hon. Analissa Torres
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: Roque Paredes et al v. London Boy Sportswear LTD et al
Docket No.: 1:25-cv-02198-AT-SN

Dear Judge Torres:

This office represents Plaintiff Maximo Espinal ("Plaintiff") in the above-referenced matter. We write to request that the deadline for the parties to file their Joint Pretrial Order be extended to 30 days from today, which would be August 27, 2026. Your Honor's part rules **V(B)** states as follows, "Unless otherwise ordered by the Court, within thirty days after the date for the completion of discovery, or within thirty days after the Court's decision on a dispositive motion, if any, the parties shall file with the Court, in both PDF format and as a Microsoft Word document, a proposed joint pretrial order…"

In this matter, discovery ended on February 20, 2026. Since then, the parties engaged in settlement conferences, and there were also two *pro se* plaintiffs for which there was significant motion practice. On July 23, 2026, Judge Netburn approved the *pro se* plaintiffs' settlement agreement with Defendants. The Defendants' deadline to file a motion for summary judgment was June 30, 2026. Defendants did not file a motion for summary judgment. Accordingly, we request that your Honor permit the parties to file a JPTO by August 27, 2026. Defendants' counsel does not consent to this request. Defendants' reason for not consenting is because the deadline has

passed. This is the first time the parties are requesting the relief herein.

We thank the Court for its time and attention to this matter.

Respectfully Submitted,

*/s/Robert Jun*
Robert Jun

GRANTED. By **September 4, 2026,** the parties shall file their pre-trial submissions pursuant to Rules V(B)–(E) of my Individual Practices in Civil Cases.

SO ORDERED.

Dated: August 5, 2026
New York, New York

ANALISA TORRES
United States District Judge