UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAXIMO ESPINAL, *individually and on behalf of others similarly situated*,

*Plaintiff,*

v.

LONDON BOY SPORTSWEAR LTD (d/b/a LONDON BOY STATION), ALI KHALIL, and HASSAN KHALIL,

*Defendants.*

**NOTICE OF MOTION**
**FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR DEFENDANTS**

1:25-cv-02198-PKC-SN

To: All Counsel:

**PLEASE TAKE NOTICE** that the Law Offices of Michael K. Chong, LLC, and Michael K. Chong, Esq., shall move before the United States District Court for the Southern District of New York, at United States Courthouse, 40 Foley Square, New York, NY 10007 on a date and time to be set by the Court, for Leave to Withdraw as Counsel for defendants LONDONBOY STATION, INC. (improperly pled as "London Boy Sportswear LTD (d/b/a London Boy Station)"), ALI KHALIL, and HASSAN KHALIL. In support of said Motion, movant will rely upon the enclosed Affidavit of Michael K. Chong, Esq. and the proposed form of Order submitted herewith.

Date: August 21, 2026

Law Offices of Michael K. Chong, LLC

s/ *Michael K. Chong*
Michael K. Chong, Esq.
*Attorney for Defendants*

2 Executive Drive, Ste. 240
Fort Lee, NJ 07024
Ph#: (201) 947-5200
Fx#: (201) 708-6676

300 Hudson Street, Ste. 10
Hoboken, NJ 07030

Ph#: (201) 203-7476
Fx#: (201) 708-6676

32 East 57th Street, 8th FL.
New York, NY 10022
Ph#: (212) 726-1104
Fx#: (212) 726-3104
MKC@mkclawgroup.com